UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 2:15 CR 87 |
| | ) |
| LAVELLE AMMONS | ) |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 23), to which the defendant has waived objection, and subject to this court's consideration of the Plea Agreement pursuant to FED. R. CRIM. P. 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offense charged in Count 2 of the Indictment is now hereby **ACCEPTED**, and defendant is adjudged guilty of that offense. A sentencing date will be set under separate order.

**SO ORDERED.**

Date: April 6, 2016

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT